# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Kanahele v. Maui County Council | SCWC–29649 | 08/26/2013 | Denied | 128 Hawai'i 198, 285 P.3d 347 |